# Order

Michigan Supreme Court
Lansing, Michigan

September 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139725(74)

MARIA C. ABAY, Personal Representative of the
Estate of MIRA E. ABAY,
        Plaintiff/Counter-Defendant-
        Appellant,

v

DAIMLERCHRYSLER INSURANCE
COMPANY,
        Defendant/Counter-Plaintiff/Cross-
        Plaintiff/Third-Party-Appellee,
and

DAIMLERCHRYSLER CORPORATION, a/k/a
CHRYSLER LLC,
        Defendant-Appellee,
and

JAMES E. TRENT and KELLY ROSE BROOKS,
        Defendants/Cross-Defendants,
and

AUTO CLUB GROUP INSURANCE COMPANY,
d/b/a AAA MICHIGAN, and ALVIN JEROME TAYLOR,
        Third-Parties.
_____

SC: 139725
COA: 283624
Oakland CC: 2006-075016-CK

      On order of the Chief Justice, the motion by plaintiff-appellant for extension to August 24, 2010 of the time for filing her reply brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2010

Clerk